GRAND LODGE OF THE STATE OF NEW JERSEY, ORDER SONS OF ITALY IN AMERICA, ET AL., APPELLANT, v. ROSARIO FERRETTI ET AL., RESPONDENTS.

Submitted October 12, 1928—Decided April 11, 1929.

Before GUMMERE, CHIEF JUSTICE, and Justice PARKER.

For the appellant, *Walter S. Keown.*

For the respondents, *Samuel P. Orlando.*

PER CURIAM.

It is a fundamental rule of practice in error in civil causes (and the rule is based on reasons of the most meritorious character), that a ruling of the trial court claimed on appeal to be erroneous, and urged for a reversal of the judgment below, must have been excepted to below in order to be available on appeal. The reasons for that rule are explained in a long line of cases, of which late instances are the following: *Kargman* v. *Carlo,* 85 *N. J. L.* 632; *Miller* v. *Transportation Co., Id.* 700; *Lams* v. *Fish,* 86 *Id.* 321; *Daly* v. *Ewald,* 88 *Id.* 707; *Chrisafides* v. *Motor Co.,* 90 *Id.* 313; *Burt* v. *Brownstone Realty Co.,* 95 *Id.* 457; *Leiferant* v. *Progressive Agency,* 98 *Id.* 526.

We deal with this point at some length, because the only ground of appeal argued is that "the trial court erroneously directed a verdict for the defendants." Such a verdict was in fact directed, and after rather extended argument; but no exception to that direction was taken, and consequently it stands legally unchallenged, and the judgment must be affirmed.